# Exhibit 1

# United States of America
### United States Patent and Trademark Office

# Torqbar

**Reg. No. 5,104,961**

**Registered Dec. 20, 2016**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

SCAM Design (WASHINGTON SOLE PROPRIETORSHIP)
17775 Suquamish Way NE
Suquamish, WA 98392

CLASS 28: A spinning handheld toy you flick with your fingers

FIRST USE 9-25-2015; IN COMMERCE 9-25-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-032,693, FILED 05-11-2016
ZHALEH SYBIL DELANEY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office