# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

MSM DESIGN AND ENGINEERING LLC

                              Plaintiff,

v.                                                        Case No.: 1:20−cv−00121

                                                             Honorable Gary Feinerman

The Partnerships and Unincorporated Associations
Identified on Schedule "A"

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 4, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. For the reasons and to the extent stated on the record, ContextLogic Inc. d/b/a Wish's motion to intervene and to modify the temporary restraining order [24] is granted in part and denied in part. ContextLogic, Inc. may intervene as an intervenor−defendant. The parties shall submit an amended TRO to the proposed order email account.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.