**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MSM DESIGN AND ENGINEERING LLC,

      Plaintiff,                                  Case No.: 1:20-cv-00121

v.                                             Judge Gary Feinerman

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Sidney I. Schenkier
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

<u>**NOTICE OF DISMISSAL**</u>

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 402 | Tiangeltg |
| 170 | AdenXu Store |

DATED: March 28, 2020                Respectfully submitted,

                                           */s/ Keith A. Vogt*
                                           Keith A. Vogt (Bar No. 6207971)
                                           Keith Vogt, Ltd.
                                           111 West Jackson Boulevard, Suite 1700
                                           Chicago, Illinois 60604
                                           Telephone: 312-675-6079
                                           E-mail: keith@vogtip.com

                                           ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 28, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt