## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: MSM Design and Engineering LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A"    Case Number: 1:20-cv-00121

An appearance is hereby filed by the undersigned as attorney for:

The Partnerships and Unincorporated Associations Identified on Schedule "A"

Attorney name (type or print): Jessica Tovrov

Firm: Goodman Tovrov Hardy & Johnson LLC

Street address: 105 W. Madison Street, Ste. 1500

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6204666    Telephone Number: 312-252-7362
(See item 3 in instructions)

Email Address: jtovrov@goodtov.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/12/2020

Attorney signature: S/ Jessica Tovrov

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015