## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MSM DESIGN AND ENGINEERING LLC,

    Plaintiff,                                 Case No.: 1:20-cv-00121

v.                                         Judge John F. Kness

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Sidney I. Schenkier
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 545 | nbplasticmetal |

DATED: July 11, 2020               Respectfully submitted,

                                       */s/ Keith A. Vogt*
                                       Keith A. Vogt (Bar No. 6207971)
                                       Keith Vogt, Ltd.
                                       111 West Jackson Boulevard, Suite 1700
                                       Chicago, Illinois 60604
                                       Telephone: 312-675-6079
                                       E-mail: keith@vogtip.com

                                       ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 11, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt