IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MSM DESIGN AND ENGINEERING LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:20-cv-00121

Judge Gary Feinerman

Magistrate Judge Sidney I. Schenkier

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 232 | 2011goldstone |
| 307 | new_every_day |
| 70 | huihui dian zi |
| 286 | ipopstar |
| 555 | sunrisefactory |
| 306 | mybayer2008 |
| 319 | sta-audio |
| 320 | sta-dj |
| 322 | sxtech |
| 260 | donni-smile |
| 317 | sp-2015canter |
| 263 | ebey0077 |
| 264 | ebey088 |
| 243 | bestdeal778 |
| 267 | fast-ny-deal |
| 329 | vshop_store |

| | |
|---|---|
| 262 | eastshop_us |
| 330 | warehouse_us |
| 310 | polaris.trade |
| 334 | yc.stage.lighting |
| 297 | leo.trade.01 |
| 307 | new_every_day |
| 20 | China Electronic Factory |
| 81 | Shenzhen Kun Teng Technology Co., Ltd. |

DATED:  August 14, 2020

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 14, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                   */s/ Keith A. Vogt*
                                                   Keith A. Vogt